UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80858-WPD

OSCAR MARTIN, YANAPHIS
MORENO, MAXIM SHKOLNIK,
individually and on behalf of all
others similarly situated,

    Plaintiffs,

vs.

COASTAL TRUCKING INSURANCE LLC,
a Florida limited liability company, and
SIMON ASHI, individually,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR DISMISSAL
WITH PREJUDICE AND FOR SETTLEMENT APPROVAL**

    **THIS CAUSE** is before the Court upon the parties' Joint Motion for Dismissal With Prejudice and for Settlement Approval [DE 43], filed April 3, 2025. The Court, having reviewed the Motion [DE 43] and the Settlement Agreement attached thereto [DE 43-1], hereby **ORDERS and ADJUDGES** as follows:

    The Motion is **GRANTED**, and the settlement is **APPROVED**, as the settlement represents a fair, reasonable, and just resolution of disputed claims arising under the Fair Labor Standards Act. The matter is **DISMISSED WITH PREJUDICE**.

    All pending motions are **DENIED AS MOOT**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 4th day of April, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record